UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALANNAH FRIEDMAN

Plaintiff,

vs.

PHILIP MORRIS INTERNATIONAL, INC., SWEDISH MATCH NORTH AMERICA, LLC, SWEDISH MATCH USA, INC., PHILIP MORRIS GLOBAL BRANDS, INC., and PMI GLOBAL SERVICES, INC.,

Defendants.
_____/

Case No.: 25-60640-CIV-SINGHAL

**DEFENDANTS' UNOPPOSED MOTION TO ADOPT RULINGS IN RELATED CASE**

Plaintiff Alannah Friedman's ("Plaintiff") complaint is substantially identical to the complaints filed by her counsel on behalf of Plaintiffs Zachary Kelly, Kovadis Palmer, and Nicholas Lendinara in related cases before this Court. Plaintiff and Defendants have agreed that, for purposes of efficiency and to avoid wasting Court resources, Plaintiff's action should be placed on the same schedule and footing as *Lendinara*, *Palmer* and *Kelly*, in which this Court recently ruled on motions to dismiss the amended complaints.

Defendants Philip Morris International Inc., Philip Morris Global Brands, Inc., and PMI Global Services, Inc. (the "PMI Defendants") and Swedish Match North America LLC and Swedish Match USA, Inc. (the "Swedish Match Defendants," and together with the PMI Defendants, "Defendants") accordingly move for an order deeming Defendants to have filed motions to dismiss in this case on the same grounds as those advanced in their respective motions to dismiss the original and amended complaints in the *Kelly*, *Palmer*, and *Lendinara* cases,

1

adopting the Court's Orders issued on August 20, 2024 and March 18 and 19, 2025, with respect to those motions, and adopting all prior discovery, orders, rulings, and motions in those actions. Plaintiff does not oppose this request. Good cause exists for Defendants' requested relief, based on the following:

1. On April 2, 2025, Plaintiff filed the present action.

2. Plaintiff's counsel are Jeffrey L. Haberman and Jonathan R. Gdanski, of Schlesinger Law Offices, P.A. In addition to this action, Plaintiff's counsel have filed three other related actions in this District against the same defendants: *Zachary Kelly v. Philip Morris International Inc., et al.* (Case No. 24-cv-60437-WPD); *Kovadis Palmer v. Philip Morris International Inc., et al.* (Case No. 24-cv-60522-WPD); and *Lendinara v. Philip Morris International Inc., et al.*, (Case No. 0-24-cv-61371-WPD). These cases are all currently pending before the Honorable Judge Dimitrouleas.

3. Plaintiff's complaint in this action is virtually identical to the amended complaints in the earlier-filed *Palmer* and *Lendinara* actions.[1] These three operative complaints are, in turn, substantially similar to and assert the same causes of action as the earlier filed *Kelly* amended complaint, except that the *Palmer* and *Lendinara* complaints, like the Complaint here, do not assert class claims.

---

[1] The parties previously briefed the Defendants' motions to dismiss the original complaints and plaintiffs' subsequent motions for jurisdictional discovery in *Kelly* and *Palmer*, which were adopted in *Lendinara*. Attached hereto as Exhibits A through K is this briefing in *Palmer*. The Court issued Orders on these motions on August 20, 2024, following oral argument on August 19, 2024. Attached hereto as Exhibits L and M are the Court's August 20, 2024 Orders in *Palmer*. Following the Court's August 20 Orders, Philip Morris International Inc. and plaintiffs engaged in jurisdictional discovery, and plaintiffs filed amended complaints in each of *Kelly*, *Palmer*, and *Lendinara*.

4. On December 18, 2024, the PMI Defendants and Swedish Match Defendants filed motions to dismiss the *Kelly*, *Palmer*, and *Lendinara* amended complaints. Swedish Match Defendants moved to dismiss Count IV (Fraudulent Concealment) from the complaints under Federal Rule of Civil Procedure 9(b) for failure to plead fraud with particularity, and to dismiss all claims against Swedish Match USA, Inc. under Rule 12(b)(6) for failure to state a claim. PMI Defendants moved to dismiss under Rule 12(b)(2) for lack of personal jurisdiction and, in the alternative, joined in Swedish Match Defendants' motion to dismiss Count IV for failure to plead fraud with particularity under Rule 9(b). Swedish Match Defendants' and PMI Defendants' motions to dismiss are attached hereto as Exhibits N through S, respectively.

5. On January 21, 2025, the *Kelly*, *Palmer*, and *Lendinara* plaintiffs filed oppositions to the Swedish Match Defendants' motions to dismiss, and on January 23, 2025, the *Kelly*, *Palmer*, and *Lendinara* plaintiffs filed oppositions to the PMI Defendants' motions to dismiss. Those oppositions are attached hereto as Exhibits T through V and Exhibits W through Y, respectively. On January 23, 2025, the *Kelly*, *Palmer*, and *Lendinara* plaintiffs filed motions for leave to conduct jurisdictional discovery with respect to PMI Defendants' motion to dismiss for lack of personal jurisdiction. Those motions are attached hereto as Exhibits Z through BB.

6. On February 6, 2025, Defendants filed replies in support of their motions to dismiss in *Kelly*, *Palmer*, and *Lendinara*, which are attached hereto as Exhibits CC through HH. That same day, the PMI Defendants also filed oppositions to the plaintiffs' motions for leave to conduct jurisdictional discovery. These documents are attached hereto as Exhibits II through KK. The *Kelly*, *Palmer*, and *Lendinara* plaintiffs filed replies in support of their motions for leave to conduct jurisdictional discovery on February 11, 2025, which are attached hereto as Exhibit LL through NN.

7. On March 18-19, 2025, the Court issued virtually identical orders in *Kelly*, *Palmer*, and *Lendinara*. The Court denied the PMI Defendants' motions to dismiss and correspondingly denied plaintiffs' motions for jurisdictional discovery. The Court also issued orders granting in part and denying in part the Swedish Match Defendants' motions to dismiss, dismissing with prejudice the claim of fraud as to all Defendants. *See Kelly* Action, ECF Nos. 118, 119; *Palmer* Action, ECF Nos. 81, 82; *Lendinara* Action, ECF Nos. 57, 58. The Court's orders are attached hereto as Exhibits OO through TT.

8. On April 2, 2025, Defendants each answered the Amended Complaints in *Kelly*, *Palmer*, and *Lendinara*. *Kelly* Action, ECF Nos. 121-25; *Palmer* Action, ECF Nos. 84-88; *Lendinara* Action, ECF Nos. 61-64, 66.

9. On April 22, 2025, Swedish Match Defendants moved for intradistrict transfer of this action from this Court to the Honorable William P. Dimitrouleas. ECF No. 13. Neither Plaintiff nor PMI Defendants opposed the motion. This motion is currently pending before this Court.

10. THEREFORE, Defendants move for an order that:

   a. Deems Defendants to have filed motions to dismiss in this action on the same grounds as their respective motions to dismiss the original and amended complaints in *Kelly*, *Palmer*, and *Lendinara*, attached hereto as Exhibits A, B, and N–S;

   b. Deems Plaintiff to have opposed the motions to dismiss the original and amended complaints on the same grounds as the *Kelly*, *Palmer*, and *Lendinara* plaintiffs, as reflected in Exhibits C, D, F, and T–Y;

   c. Deems Plaintiff to have filed a motion for leave to conduct jurisdictional discovery on the same grounds as those raised in the *Kelly*, *Palmer*, and *Lendinara* plaintiffs'

4

motions for leave to conduct jurisdictional discovery, attached hereto as Exhibits G and Z–BB, and deems the PMI Defendants to have opposed the motion for jurisdictional discovery on the same grounds as those raised in *Kelly*, *Palmer*, and *Lendinara*, as reflected in Exhibits J and II–KK;

d. Adopts the Judge Dimitrouleas's Orders issued on August 20, 2024, and March 18 and 19, 2025, in *Kelly*, *Palmer*, and *Lendinara*, attached hereto as Exhibits L, M, OO–TT, as rulings with respect to the arguments raised in the motions to dismiss that Defendants are deemed to have filed in this case, as well as with respect to the arguments raised in the motion for leave to conduct jurisdictional discovery that Plaintiff is deemed to have filed in this case;

e. Confirms that the PMI Defendants do not waive any jurisdictional arguments by asking the Court to adopt the prior rulings;

f. Deems all jurisdictional discovery conducted in *Kelly*, *Palmer*, and *Lendinara* to have been conducted in this action as well;

g. Adopts all prior rulings, motions, and orders in *Kelly*, *Palmer*, and *Lendinara* in addition to those specifically mentioned in this motion, including Defendants' motions to dismiss the original complaints, plaintiffs' motions for jurisdictional discovery, the Court's Orders on Defendants' motions to dismiss the original complaints and plaintiffs' motions for jurisdictional discovery;

h. As a further consequence of adopting the Court's March 18 and 19, 2025 Orders, places this action on the same schedule as *Kelly*, *Palmer*, and *Lendinara*.

**CERTIFICATE OF CONFERENCE**

Pursuant to Civil Local Rule 7.1(a)(3), the undersigned counsel certifies that counsel conferred with counsel for Plaintiff on May 5, 2025. Undersigned counsel represents that Plaintiff does not oppose the relief sought in this motion.

Dated: May 6, 2025                Respectfully submitted,

By: */s/ Paul C. Huck, Jr.*
**PAUL C. HUCK, JR.**
Florida Bar No. 968358
LAWSON HUCK GONZALEZ, PLLC
334 Minorca Avenue
Coral Gables, FL 33134
paul@lawsonhuckgonzalez.com
michelle@lawsonhuckgonzalez.com
leah@lawsonhuckgonzalez.com

**MICHAEL R. DOYEN** (*pro hac vice forthcoming*)
**DANIEL B. LEVIN** (*pro hac vice forthcoming*)
**BETHANY W. KRISTOVICH** (*pro hac vice forthcoming*)
**JOHN L. SCHWAB** (*pro hac vice forthcoming*)
Primary Email: daniel.levin@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100
Fax: (213) 687-3702

*Attorneys for Defendants Swedish Match North America LLC and Swedish Match USA, Inc.*

**MARTIN B. GOLDBERG**
Florida Bar No. 827029
Primary: mgoldberg@lashgoldberg.com
Secondary: rdiaz@lashgoldberg.com
**LYNNETTE CORTES MHATRE**
Florida Bar No. 1052015
Primary: lmhatre@lashgoldberg.com
Secondary: obencomo@lashgoldberg.com
LASH GOLDBERG FINEBERG LLP
Miami Tower, Suite 1200
100 S.E. 2nd Street
Miami, FL 33131
Tel: (305) 347-4040
Fax: (305) 347-4050

**LATHAM & WATKINS LLP**
Christine G. Rolph (*pro hac vice* forthcoming)
*Christine.Rolph@lw.com*
Chase A. Chesser (*pro hac vice* forthcoming)
*Chase.Chesser@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200

U. Gwyn Williams (*pro hac vice* forthcoming)
*Gwyn.Williams@lw.com*
200 Clarendon Street 26th Floor
Boston, MA 02116
(617) 880-4500

*Attorneys for Defendants Philip Morris International, Inc., Philip Morris Global Brands, Inc., and PMI Global Services, Inc.*