UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALANNAH FRIEDMAN                                    Case No.: 25-60640-CIV-WPD

      Plaintiff,

vs.

PHILIP MORRIS INTERNATIONAL, INC.,
SWEDISH MATCH NORTH AMERICA,
LLC, SWEDISH MATCH USA, INC., PHILIP
MORRIS GLOBAL BRANDS, INC., and PMI
GLOBAL SERVICES, INC.,

      Defendants.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO
ADOPT RULINGS IN RELATED CASE**

THIS CAUSE is before the Court upon the Unopposed Motion to Adopt Rulings in Related Case [DE 18] filed by Defendants Swedish Match North America LLC and Swedish Match USA, Inc. (the "Swedish Match Defendants") and Defendants Philip Morris International Inc., Philip Morris Global Brands, Inc., and PMI Global Services, Inc. (the "PMI Defendants," and together with the Swedish Match Defendants, "Defendants"). Having considered the Motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 18] is **GRANTED** as follows:

    a) Defendants are deemed to have filed in this action the motions to dismiss and related briefing raising the same grounds as their respective motions and briefing in *Zachary Kelly v. Philip Morris International Inc., et al.* (Case No. 24-cv-60437-WPD); *Kovadis Palmer v. Philip Morris International Inc., et al.* (Case No. 24-cv-60522-

WPD); and *Lendinara v. Philip Morris International Inc., et al.*, (Case No. 0-24-cv-61371-WPD), attached to the Motion as Exhibits A, B, and N through S.

b) Plaintiff Alannah Friedman is deemed to have opposed the motions to dismiss on the same grounds as the plaintiffs in *Kelly*, *Palmer*, and *Lendinara*, as reflected in the exhibits attached to the Motion as Exhibits C, D, F, and T through Y.

c) Plaintiff Alannah Friedman is deemed to have filed a motion for leave to conduct jurisdictional discovery on the same grounds as those raised in the *Kelly*, *Palmer*, and *Lendinara* plaintiffs' motions for leave to conduct jurisdictional discovery, attached to the Motion as Exhibits G and Z through BB.

d) The PMI Defendants are deemed to have opposed the motion for jurisdictional discovery on the same grounds as those raised in *Kelly*, *Palmer*, and *Lendinara*, as reflected in the exhibits attached to the Motion as Exhibits J and II through KK.

e) The Court adopts its Orders issued on August 20, 2024, and March 18 and 19, 2025, in *Kelly*, *Palmer*, and *Lendinara*, attached to the Motion as Exhibits L, M, and OO through TT, as its rulings with respect to the arguments raised in the motions that the parties are deemed to have filed in this case.

f) The PMI Defendants have not waived any jurisdictional arguments.

g) All jurisdictional discovery conducted in *Kelly*, *Palmer*, and *Lendinara* is deemed to have been conducted in this action.

h) This action shall follow the same pre-trial schedule as *Kelly*, *Palmer*, and *Lendinara*.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of May 2025.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to: All Counsel of Record