# EXHIBIT 2

| **Key Paragraphs from Dismissed Cause of Action IV (Fraudulent Concealment) in *Kelly* Amended Complaint** | **Key Paragraphs from Proposed Cause of Action IV (FDUTPA) in *Friedman* Amended Complaint[1]** |
|---|---|
| "The Swedish Match Defendants, and since the acquisition, all Defendants created and implemented a plan to generate a market for Zyn and substantially increase sales of Zyn through a pervasive pattern of false and misleading statements and omissions. Defendants' plan was intended to portray Zyn as cool and safe alternatives to combustible cigarettes and e-cigarettes, with a particular emphasis on appealing to minors, based in part on flavors while misrepresenting or omitting key facts concerns Zyn's nicotine content, addictiveness, flavoring content and safety." *Kelly* Am. Compl. at 120. | "The Swedish Match Defendants, and since the acquisition, all Defendants ~~created and implemented a plan to generate a market for Zyn and substantially increase sales of Zyn through a pervasive pattern of false and misleading statements and omissions. Defendants' plan was intended to~~ portray Zyn as cool and safe alternatives to combustible cigarettes and e-cigarettes, with a particular emphasis on appealing to minors based in part on flavors<u>,</u> while ~~misrepresenting~~ <u>representing</u> or omitting ~~key~~ facts ~~concerns~~ <u>concerning</u> Zyn's nicotine content, addictiveness, flavoring content<u>,</u> and safety." Am. Compl. at 125. |
| "The Swedish Match Defendants', and since the acquisition, all Defendants ' marketing, promoting, and advertising contained deceptive statements like 'tobacco free' when in fact Zyn is derived from tobacco." *Kelly* Am. Compl. at 121. | "The Swedish Match Defendants', and since the acquisition, all Defendants' marketing, promoting, and advertising contained ~~deceptive~~ statements like 'tobacco free' when in fact Zyn is derived from tobacco." Am. Compl. at 126. |
| "The Swedish Match Defendants, and since the acquisition, all Defendants further fraudulently and deceptively marketed Zyn as safe, healthful, or not harmful when Defendants knew it to be untrue." *Kelly* Am. Compl. at 122. | "The Swedish Match Defendants, and since the acquisition, all Defendants ~~further fraudulently and deceptively marketed~~ <u>represented</u> Zyn as safe, healthful, or not harmful ~~when Defendants knew it to be untrue~~." Am. Compl. at 127. |
| "The Swedish Match Defendants, and since the acquisition, all Defendants further fraudulently and deceptively downplayed, minimized, and concealed the risks associated with Zyn generally. Defendants concealed that the nicotine in Zyn can cause cognitive and mental health injuries, periodontal disease, vascular injuries. Defendants further fraudulently and deceptively concealed that Zyn was powerfully addictive and that its | "The Swedish Match Defendants, and since the acquisition, all Defendants ~~further fraudulently and deceptively downplayed, minimized, and concealed~~ <u>made misleading representations about and omitted</u> the risks associated with Zyn generally. Defendants ~~concealed~~ <u>omitted</u> that the nicotine in Zyn can cause cognitive and mental health injuries, periodontal disease, vascular injuries. Defendants ~~further fraudulently and~~ |

---

[1] The words that have been removed from Cause of Action IV in the proposed amendment are struck through, and the words that have been added are underlined.

| **Key Paragraphs from Dismissed Cause of Action IV (Fraudulent Concealment) in *Kelly* Amended Complaint** | **Key Paragraphs from Proposed Cause of Action IV (FDUTPA) in *Friedman* Amended Complaint[1]** |
|---|---|
| design inherently demanded dependency." *Kelly* Am. Compl. at 123. | ~~deceptively concealed~~ omitted that Zyn was powerfully addictive and that its design inherently demanded dependency." Am. Compl. at 128. |
| "Defendants' marketing, promoting, and advertising failed to disclose that it was an extremely potent nicotine delivery device; Zyn was designed to create and sustain nicotine addiction; and posed significant risks of substantial injury resulting from use of Zyn. Promoting Zyn as 'tobacco-free' and like descriptors such as 'cleaner than anything out there' explicitly or implicitly represents that Zyn is less harmful that other nicotine-based products, or that Zyn contains less of a substance, like nicotine, than others, or that Zyn is free of a substance compared to others." *Kelly* Am. Compl. at 124. | "The Swedish Match Defendants, and since the acquisition, all Defendants' marketing, promoting, and advertising ~~failed to disclose that it~~ omitted that Zyn was an extremely potent nicotine delivery device; Zyn was designed to create and sustain nicotine addiction; and posed significant risks of substantial injury resulting from use of Zyn. Promoting Zyn as 'tobacco-free' and like descriptors such as 'cleaner than anything out there' explicitly or implicitly represents that Zyn is less harmful that other nicotine-based products, or that Zyn contains less of a substance, like nicotine, than others, or that Zyn is free of a substance compared to others." Am. Compl. at 129. |